# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
JOHANNA EGAN

### DEFENDANTS
BELL AND HOWELL, LLC, incorrectly designated as Bowe, Bell & Howell Co., Inc.

**(b)** County of Residence of First Listed Plaintiff: Philadelphia County, PA
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: IL
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Richard P. Myers, Esquire
Paul, Reich & Myers, P.C.
1608 Walnut Street, Suite 500
Philadelphia, PA 19103
(215) 735-9200

Attorneys *(If Known)*
Jonathan Dryer, Esquire and Rochelle M. Fedullo, Esquire
Wilson Elser Moskowitz Edelman & Dicker LLP
6th & Walnut Streets, Suite 1130 East
Philadelphia, PA 19106
(215) 627-6900

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☒ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 340 Marine | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Medical Malpractice / ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| | | ☐ 791 Employee Retirement Income Security Act | | ☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations / ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities Employment / ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities Other / **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education / ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | ☐ 555 Prison Condition | | | |
| | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. §1332(a)(1), 1441 and 1446

Brief description of cause:
Personal injury due to allegedly defective mail inserter machine.

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ >$50,000

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
N/A *(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE: 9/26/14
SIGNATURE OF ATTORNEY OF RECORD: Rochelle M. Fedullo

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## CASE MANAGEMENT TRACK DESIGNATION FORM

| | | |
|---|---|---|
| JOHANNA EGAN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. |
| BOWE BELL & HOWELL CO., INC. | : | |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See §1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff's regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. §2241 through §2255    ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits    ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2    ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos    ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.)    ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks    (X)

| | | |
|---|---|---|
| September 26, 2014 | Jonathan Dryer/Rochelle M. Fedullo | Bell and Howell, LLC |
| **Date** | **Attorneys-at-law** | **Attorneys for Defendant** |
| | | |
| | | jonathan.dryer@wilsonelser.com |
| 215.627.6900 | 215.627.2665 | rochelle.fedullo@wilsonelser.com |
| **Telephone** | **Fax Number** | **E-Mail Address** |

892783v.1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHANNA EGAN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. |
| BOWE BELL & HOWELL CO., INC. | : | |

DISCLOSURE STATEMENT FORM

Please check one box:

☐ The nongovernmental corporate party, _____
in the above listed civil action does not have any parent corporation or publicly held corporation that owns 10% of its stock.

☒ The nongovernmental corporate party, Bell and Howell, LLC, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

    Contrado BBH Holdings, LLC

September 26, 2014        /s/ Jonathan Dryer/Rochelle M. Fedullo
Date                              Signature

Counsel for: Bell and Howell, LLC

892784v.1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

JOHANNA EGAN             :   CIVIL ACTION
                         :
                         :
         v.              :
                         :   NO.
BOWE BELL & HOWELL CO., INC.  :

DISCLOSURE STATEMENT FORM

Please check one box:

☐ The nongovernmental corporate party, _____
in the above listed civil action does not have any parent corporation or publicly held corporation that owns 10% of its stock.

☒ The nongovernmental corporate party, Bell and Howell, LLC, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

    Contrado BBH Holdings, LLC
    _____
    _____
    _____

September 26, 2014                    /s/ Jonathan Dryer/Rochelle M. Fedullo
Date                                  Signature

               Counsel for:  Bell and Howell, LLC

892784v.1

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: 7478 Oxford Avenue, Philadelphia, PA 19111

Address of Defendant: 3791 S. Alston Avenue, Durham, NC 27717

Place of Accident, Incident or Transaction: Philadelphia, PA

(*Use Reverse Side For Additional Space*)

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a)) Yes ☒ No ☐

Does this case involve multidistrict litigation possibilities? Yes ☐ No ☒

RELATED CASE, IF ANY:

Case Number: _____ Judge _____ Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
Yes ☐ No ☒

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
Yes ☐ No ☒

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?
Yes ☐ No ☒

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?
Yes ☐ No ☒

CIVIL: (Place _ in ONE CATEGORY ONLY)

A. *Federal Question Cases*:
1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☐ All other Federal Question Cases
(Please specify) _____

B. *Diversity Jurisdiction Cases*:
1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☒ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
(Please specify) _____

ARBITRATION CERTIFICATION
(*Check Appropriate Category*)

I, _____, counsel of record do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that based upon the representations of counsel for plaintiffs the damages which plaintiffs claim to be recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs. However, by so certifying .undersigned counsel does not concede that any damages are recoverable, or that potentially recoverable damages in fact exceed $150,000.00.

☐ Relief other than monetary damages is sought.

DATE: _____   _____   _____
                         Attorney-at-Law      Attorney I.D.#

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: September 26, 2014   /s/ Rochelle M. Fedullo   36428
                            Attorney-at-Law          Attorney I.D.#

892782v.1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHANNA EGAN | : CIVIL ACTION |
| v. | : |
| BOWE BELL & HOWELL CO., INC. | : NO. |

### NOTICE OF REMOVAL

Please take notice that Bell and Howell, LLC (incorrectly designated as Bowe Bell & Howell Co., Inc.), by its attorneys, hereby removes this action from the Court of Common Pleas of Philadelphia County, Pennsylvania to this court on the following grounds:

1. This action was commenced against Bowe Bell & Howell Co., Inc. (an incorrect designation for Bell and Howell, LLC), in the Court of Common Pleas of Philadelphia County, Pennsylvania on or about August 22, 2014, by the filing of a complaint. A true and correct copy of the complaint is attached hereto marked Exhibit "A."

2. The complaint was served by registered mail on or about August 28, 2014, which is less than thirty days from the filing of this notice, and seeks damages "in excess of $50,000" on a number of counts.

3. The complaint attached hereto as Exhibit "A" is the only pleading served to date.

4. According to the complaint at Paragraph 1, plaintiff Johanna Egan is an individual citizen residing in Philadelphia, PA.

894068v.1

5.   The complaint avers at Paragraph 2 that Bowe Bell & Howell Co., Inc. is a Delaware corporation with its principal place of business at 760 S. Wolf Road, Wheeling, IL 60090. By way of further answer, Bell and Howell, LLC is a Delaware limited liability company with its principal place of business at 3791 S. Alston Ave., Durham, NC 27713.

6.   The complaint does not specify the amount of damages other than that they are in excess of $50,000. However, plaintiff avers, *inter alia*, that the machine at issue severed her right index finger, that she is right hand dominant, and that she suffered excruciating pain as a result of the injuries. *See complaint, Paragraphs 19 through 21.* Accordingly, while Bell and Howell, LLC does not believe plaintiff is entitled to damages in any amount, it is believed, and therefore averred, that the amount in controversy herein exceeds the sum of $75,000, exclusive of interest and costs.

7.   This is an action between citizens of different states in which the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs. This court would therefore have had original jurisdiction pursuant to 28 U.S.C. §1332(a)(1).

8.   Given that the court would have had original jurisdiction had the case been commenced herein, it is removable pursuant to 28 U.S.C. §§1441 and 1446.

9.   Upon the filing of this Notice of Removal, Bell and Howell, LLC will file a certified copy thereof with the Prothonotary of the Court of Common Pleas of Philadelphia County and provide written notice to all adverse parties.

894068v.1

WHEREFORE, defendant Bell and Howell, LLC, incorrectly designated as Bowe Bell & Howell Co., Inc., respectfully requests that this action be removed to this court and proceed further as though originally commenced herein.

                                                Respectfully submitted,

                                                WILSON ELSER MOSKOWITZ
                                                EDELMAN & DICKER LLP

By: _____
     Jonathan Dryer, Esquire
     Rochelle M. Fedullo, Esquire
     Pa. Attorney I.D. Nos. 34496/36428
     The Curtis Center, Suite 1130E
     Philadelphia, PA 19106
     215-627-6900
     215-627-2665 (fax)
     jonathan.dryer@wilsonelser.com
     rochelle.fedullo@wilsonelser.com
     Attorneys for Defendant,
     Bell and Howell, LLC

Dated: September 26, 2014

## CERTIFICATE OF SERVICE

The undersigned counsel for Defendant Bell and Howell, LLC, hereby certifies that a true and correct copy of the foregoing Notice of Removal was filed electronically and is available for viewing and downloading by all parties via the Court's Electronic Filing System. In addition, a true and correct copy of same was served via regular United States mail to:

> Richard P. Meyers, Esquire
> Paul, Reich & Myers, P.C.
> 1608 Walnut Street, Suite 500
> Philadelphia, PA 19103

By: /s/Rochelle M. Fedullo
Rochelle M. Fedullo, Esquire

Dated: September 26, 2014

894068v.1